# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THY VANN, <br><br> Petitioner, <br><br> v. <br><br> JOHN RATHMAN, Warden, <br><br> Respondents. | Case No.: 18cv203-CAB-NLS <br><br> **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

On January 29, 2018, Petitioner Thy Vann filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, requesting that the Court compel the Respondents to appear and show cause why he should not be immediately released from the custody of Immigration and Customs Enforcement ("ICE") because Petitioner had been detained longer than six months after his deportation order became final. [Doc. No. 1.] On January 22, 2018, this Court issued a scheduling order requesting a response from Respondents by February 22, 2018, and a reply from Petitioner by March 8, 2018. [Doc. No. 2.]

On February 21, 2018, Respondent filed a return to the petition and provided evidence that travel documents had been obtained for Petitioner to be returned to Cambodia, and that he was set to be removed the week of February 26, 2018. [Doc. No. 3.] Given that information, as well as the fact that Petitioner has not filed a reply, the

1

1 | Court assumes that Petitioner has been removed from the country and the petition is now
2 | moot.  Therefore, the petition is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**.

Dated:  March 20, 2018

                                            Hon. Cathy Ann Bencivengo
                                            United States District Judge